**STATE of Missouri, Respondent,**

v.

**Timothy L. SMITH, Appellant.**

**No. WD 38648.**

Missouri Court of Appeals, Western District.

March 31, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1987.

Application to Transfer Denied June 16, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from conviction after jury trial of burglary first degree (§ 569.160 RSMo

1978) and sentence as a persistent offender to 30 years.

Judgment affirmed. Rule 30.25(b).